688 A.2d 166

**Robert STEWARD, Petitioner,**

v.

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Respondent.**

Supreme Court of Pennsylvania.

Jan. 10, 1997.

Robert Steward, pro se.

### *ORDER*

PER CURIAM.

AND NOW, this 10th day of January, 1997, we GRANT Petitioner's Petition for Allowance of Appeal and REMAND this matter to the Commonwealth Court for a determination of the timeliness of Petitioner's notice of appeal to the Commonwealth Court pursuant to *Smith v. Pennsylvania Board of Probation and Parole,* 546 Pa. 115, 683 A.2d 278 (1996).

Petitioner's application for leave to proceed *in forma pauperis* before this court is also GRANTED.